**LAW OFFICES OF PETER W. TILL**
105 Morris Avenue, Suite 201
Springfield, New Jersey 07081
Telephone: (973)258-0064
Fax: (973)258-0478
tilllaw@aol.com
Attorneys for Defendant, SALVATORE LAGRASSO
(By Order of the Court pursuant to the Criminal Justice Act)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -vs- | : | 10 Cr. 851 |
| STEPHEN DEPIRO, <br>    a/k/a "Beach," <br> ALBERT CERNADAS, <br>    a/k/a "The Bull," <br> NUNZIO LAGRASSO, <br> RICHARD DEHMER, <br>    a/k/a "Dickie," <br> EDWARD AULISI, <br>    a/k/a "Eddie," <br> VINCENT AULISI, <br>    a/k/a "The Vet," <br> THOMAS LEONARDIS, <br>    a/k/a "Tommy," <br> ROBERT RUIZ, <br>    a/k/a "Bobby," <br> MICHAEL TRUEBA, <br>    a/k/a "Mikey," <br> RAMIRO QUINTANS, <br>    a/k/a "Romo," <br> SALVATORE LAGRASSO, <br> ANTHONY ALFANO, <br>    a/k/a "Brooklyn," <br> TONINO COLANTONIO, <br>    a/k/a "Tony," <br> JOHN HARTMANN, <br>    a/k/a "Lumpy," "Fatty" <br>    and "Fats," and <br> GIUSEPPE PUGLIESE, <br>    a/k/a "Pepe", | : | 18 U.S.C. §§ 2, 371, 894(a), <br> 1084(a), 1951(a), <br> 1955(a), 1962(d) and 1963 <br><br> ██████ **ORDER** |
| Defendants. | : | |

**THIS MATTER** having been brought before the Court by Peter W. Till, Esq., Law Offices of Peter W. Till, attorneys for Defendant, Salvatore LaGrasso, and the Court having considered the papers submitted by counsel and for good cause shown;

IT IS on this /6 day of Feb, 2012;

**ORDERED** that The Law Offices of Peter W. Till, attorneys for Defendant, Salvatore LaGrasso, (By Order of the Court pursuant to the Criminal Justice Act), is granted leave to allow the associates of his firm and law clerks to assist with preparation of the defense in this matter; and it is

**FURTHER ORDERED** that a copy of this Order be served upon all parties within _3_ days from the date hereof.

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.