UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SALVATORE LAGRASSO,<br><br>　　　　　　　　　　Defendant. | Criminal No.: 10-CR-851 (CCC)-11<br><br>**ORDER EXTENDING<br>DEFENDANTS<br>SURRENDER DATE** |

**THIS MATTER** having been opened to the Court upon defendant's request, through his attorney, Peter Till. Esq., for an order extending defendant's surrender date, and for good cause shown,

IT IS on this 20th day of January, 2015,

ORDERED that defendant Salvatore Lagrasso's surrender date is hereby extended from January 22, 2015 until February 12, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CLAIRE C. CECCHI, U.S.D.J.